No. 5991.—Quiñones, aplda., *v.* Rubio, aplte.—C. D. San Juan. Marzo 30, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción sobre desestimación que antecede, examinado el escrito de oposición y la documentación acompañada al mismo, y apareciendo que está pendiente de resolución en la corte inferior una moción sobre apertura de rebeldía, *no ha lugar,* por ahora, a la desestimación solicitada.

No. 6034.—Sucrs. de Abarca, S. en C., dmte., *v.* Central Vannina, Inc. aplte; The United Porto Rican Bank, interventora, aplda.—C. D. San Juan. Mayo 3, 1932.

(Por la corte, a propuesta del Juez Asociación Sr. Wolf.)

Vistas la moción sobre desestimación, la oposición de Central Vannina, Inc., y la contestación a tal oposición, y creyendo la corte que los hechos de este caso caen más bien dentro del principio del de *López,* v. *P. R. Ry. L. & P. Co.,* 31 D.P.R. 692, que dentro del principio de *Fernández Náter* v. *Aponte,* 35 D. P. R. 49, por no haber transcurrido mucho tiempo desde la entrega de la exposición del caso al Secretario de la corte inferior, *no ha lugar* a la desestimación solicitada.